UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-cr-288-T-23MAP

MODESTO P. GONZALEZ
_____/

**ORDER**

Gonzalez's motion for reconsideration (Doc. 206) of the order (Doc. 205) denying Gonzalez's motion for a minor role reduction (Doc. 204) under Amendment 794 to the United States Sentencing Guidelines was denied (Doc. 208). Gonzalez appealed (Doc. 209) and moved (Doc. 212) to proceed on appeal *in forma pauperis*. The magistrate judge's report and recommendation (Doc. 213) states that the defendant "has failed to identify any legal basis for appeal of the Court's order denying his motion for sentence reduction" and states that "the instant appeal is not taken in good faith." Gonzalez objects (Doc. 214) to the report and recommendation.

Gonzalez's objection is **OVERRULED**, the report and recommendation (Doc. 213) is adopted, and Gonzalez's motion to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on July 20, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE